[No. 26389-7-I.   Division One.   September 23, 1991.]

*In the Matter of the Marriage of* MARIANNE LESLIE
VERHEY, *Appellant,* and STEPHEN JOHN
VERHEY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-3-00335-7, Robert C. Bibb, J., entered June 15, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Forrest, JJ.

[No. 26521-1-I.   Division One.   September 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
EDWIN DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-01045-3, James A. Noe, J., entered July 23, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Pekelis, JJ.

[No. 10548-2-III.   Division Three.   September 24, 1991.]

LEONARD JOHNSON, *as Guardian ad Litem, Appellant,*
v. CARL CARBON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-03806-4, Michael E. Donohue, J., entered January 5, 1990. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J. Now partially published at 63 Wn. App. 294.

[No. 10977-1-III.   Division Three.   September 24, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. BURDETTE L.
HEMPSTEAD, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 90-1-00072-1, Jerry M. Moberg, J., entered July 6, 1990. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.